AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| DAVID C. CROSBY | ) Case: 1:24-mj-00376 |
| DOB: XXXXXX | ) Assigned To : Sharbaugh, Matthew J. |
|  | ) Assign. Date : 12/9/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 111(a)(1) | (Assault on a Federal Officer), |
| 18 U.S.C. § 231(a)(3) | (Civil Disorder), |
| 18 U.S.C. § 1752(a)(1) | (Entering and Remaining in a Restricted Building or Grounds), |
| 18 U.S.C. § 1752(a)(2) | (Disorderly or Disruptive Conduct in a Restricted Building or Grounds), |
| 18 U.S.C. § 1752(a)(4) | (Engaging in Physical Violence in a Restricted Building or Grounds), |
| 40 U.S.C. § 5104(e)(2)(D) | (Disorderly Conduct in a Capitol Building or Grounds), |
| 40 U.S.C. § 5104(e)(2)(F) | (Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Wyatt Storm, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___12/09/2024___

_____
*Judge's signature*

City and state: ___Washington, D.C.___       Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*