AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**DAVID C. CROSBY**<br><br>_Defendant_ | )<br>) Case: 1:24-mj-00376<br>) Assigned To : Sharbaugh, Matthew J.<br>) Assign. Date : 12/9/2024<br>) Description: COMPLAINT W/ARREST WARRANT<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ _____DAVID C. CROSBY_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assault on a Federal Officer),
18 U.S.C. § 231(a)(3) (Civil Disorder),
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) (Disorderly or Disruptive Conduct in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building or Grounds),
40 U.S.C. § 5104(e)(2)(F) (Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buil[dings])

Date: _____12/09/2024_____                            _____[signature]_____
                                                        _Issuing officer's signature_

City and state:    _____Washington, D.C._____        _____Matthew J. Sharbaugh, U.S. Magistrate Judge_____
                                                        _Printed name and title_

---

### Return

This warrant was received on _(date)_ __12/09/24__, and the person was arrested on _(date)_ __12/16/24__
at _(city and state)_ __PHOENIX, AZ__.

Date: __12/16/24__                                      _____W.S._____
                                                        _Arresting officer's signature_

                                                        SPECIAL AGENT WYATT STORM
                                                        _Printed name and title_