## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 24-MJ-376** |
| | : | |
| **DAVID C. CROSBY,** | : | |
| | : | |
| Defendant. | : | |

### ORDER

Pursuant to the motion filed by the United States, ECF 13, it is hereby ordered that the

Motion to Dismiss the criminal complaint pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this  22nd day of January, 2025.

HONORABLE JAMES E. BOASBERG
Chief Judge